UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, #2308044,<br><br>Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Respondent(s). | Case No. 24-cv-03912-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

    Petitioner filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 claiming unlawful detention on false criminal charges.

    On December 19, 2024, the court dismissed the petition with leave to amend to file a petition under 28 U.S.C. § 2241 that makes clear the detention and state criminal charges he is challenging and, if possible, shows that he has exhausted available state judicial remedies in connection with said detention and state criminal charges and that special circumstances warrant federal intervention. The court warned petitioner that "[f]ailure to file a proper amended petition within [28 days] will result in the dismissal of this action." ECF No. 9 at 2.

    Forty days have passed, and petitioner has not neither filed an amended petition nor sought an extension of time to do so. This action accordingly is DISMISSED.

    The clerk is directed to close the case and terminate all pending motions as moot.

    **IT IS SO ORDERED**.

Dated: January 28, 2025

_____
CHARLES R. BREYER
United States District Judge